1040

No. 802. KONIGSBERG *v.* MITCHELL, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied. *Frank A. Lopez* for petitioner.

No. 803. WARD *v.* DIFFERDING ET AL. App. Ct. Ind. Certiorari denied. *Arch N. Bobbitt* for petitioner. *William M. Osborn* for respondents.

No. 806. FORT *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *Edward V. Hanrahan* and *Elmer C. Kissane* for respondent.

No. 807. NATIONAL FOUNDATION *v.* CITY OF FORT WORTH. C. A. 5th Cir. Certiorari denied. *Simon H. Rifkind* and *Gerald D. Stern* for petitioner. *S. G. Johndroe, Jr.,* for respondent.

No. 810. STATE BOARD OF EQUALIZATION OF CALIFORNIA *v.* MONTGOMERY WARD & CO., INC. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *James E. Sabine* and *Ernest P. Goodman,* Assistant Attorneys General, and *E. Clement Shute, Jr.,* Deputy Attorney General, for petitioner. *Valentine Brookes* for respondent.

No. 793. GARRISON, DISTRICT ATTORNEY OF THE PARISH OF ORLEANS *v.* SHERIDAN ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Louise Korns* for petitioner. *Herbert J. Garon* and *H. Richard Schumacher* for respondents.